Oct. 19, 2015

Dear Court Clerk of Criminal Court of Appeals

( No. 02-13-00556-CR )

My Name is, Mr. Artis Leon Polk Jr., And I am writing because I have sent in my Petition For Discretionary Review (P.D.R) on the 1st of October. An have not recieved any notice of filing..

I would Please like to be informed of the filing of my (P.D.R) please.

I am inclosing a self-addressed stamped envelope

So that someone can please tell me when my P.D.R was filed please.

My Trial Court Case (No. 1305834D)

From the 432nd District Court of Tarrant County.

Fort Worth, Texas

Can some one please inform me of when my P.D.R was filed please.

Thank you for your time.
Respectfully

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 22 2015

Abel Acosta, Clerk

Mr. Artis Leon Polk Jr.
TDC# 1894999
The McConnell Unit
3001 South Emily Dr.
Beeville Tx. 78102
Artis Leon Polk Jr.